UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COREY LEON; individually as assignee of Stephen Disclafani,

          Plaintiff,

-vs-                                Case No. 2:10-cv-451-FtM-36SPC

SPARTA INSURANCE COMPANY; a foreign for profit corporation formerly known as American Employers' Insurance Company,

          Defendant.
_____/

**ORDER**

This matter comes before the Court on its review of the Amended Complaint. The Court notes that a complete copy of the Amended Complaint was not provided as there is no signature page. Pursuant to Local Rule 4.02(b), the "party effecting removal shall file with the notice of removal a true and legible copy of all processes, pleading, orders, and other papers or exhibits of every kind, including depositions, then on file in the state court."

Accordingly, it is now **ORDERED:**

Defendant Sparta Insurance Company shall file a true and complete copy of the Amended Complaint in the CM/ECF system on or before **July 23, 2010**.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of July, 2010.

                                                      SHERI POLSTER CHAPPELL
                                                      UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record